UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERRENCE JONES, <br><br>             Plaintiff, <br> v. <br><br> PORTABLES UNLIMITED RETAIL, LLC, <br><br>             Defendant. | : <br> : <br> : 7:19-cv-09157-CS <br> : <br> : <br> : <br> : <br> : <br> : |

## ACCEPTANCE OF OFFER OF JUDGMENT

Plaintiff Terrence Jones ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 68(a), hereby **ACCEPTS** the attached Offer of Judgment. Plaintiff respectfully asks the Clerk to enter judgment in his favor and against Defendant Portables Unlimited Retail, LLC in the amount of $6,485.59 plus costs and reasonable attorney's fees in amounts to be determined by the Court.

Date:   August 20, 2020

/s/ Peter Winebrake
Peter Winebrake
Mark J. Gottesfeld
WINEBRAKE & SANTILLO, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
(215) 884-2491
pwinebrake@winebrakelaw.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
TERRENCE JONES, *on behalf of himself and*            19-cv-09157(CS)
*others similarly situated,*

                                                                                          **DEFENDANT'S**
                              Plaintiff,                            **OFFER OF JUDGMENT**

       v.

PORTABLES UNLIMTED RETAIL, LLC,

                            Defendant.
-----------------------------------------------------------------------X

       Defendant PORTABLES UNLIMITED RETAIL, LLC ("Defendant") hereby serves, but does not file, this offer of judgment as follows:

1. Defendant offers to allow judgment to be taken against Defendant in favor of Plaintiff TERRENCE JONES, in the total amount of $6,485.59, inclusive of interest as of the date of acceptance.
2. This offer is exclusive of costs and reasonable attorneys' fees, which shall be decided by the Court.
3. This offer will be deemed withdrawn if it is not accepted within fourteen days of receipt by Plaintiff TERRENCE JONES.

Dated: East Meadow, NY
       August 20, 2020

                                       **CERTILMAN BALIN ADLER & HYMAN, LLP**

                                       By: *Douglas E. Rowe*
                                            Douglas E. Rowe, Esq.
                                            *Attorneys for Defendant*
                                            90 Merrick Avenue, 9th Floor
                                            East Meadow, New York, 11554
                                            drowe@certilmanbalin.com
                                            (516) 296-7000

To:    WINEBRAKE & SANTILLO, LLC
         Peter Winebrake, Esq.
         *Attorneys for Plaintiff*
         715 Twining Road, Suite 211
         Dresher, PA 19025
         (215) 884-2491
         pwinebrake@winebrakelaw.com

7197500.1