UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERRENCE JONES,

          Plaintiff,

    v.

PORTABLES UNLIMITED RETAIL, LLC,

          Defendant.

7:19-cv-09157-CS

**JUDGMENT**

Defendant Portables Unlimited Retail, LLC, having offered judgment pursuant to Federal Rule of Civil Procedure 68, in the amount of $6,485.59 plus costs and reasonable attorney's fees in amounts to be determined by the Court, and Plaintiff Terrence Jones having accepted the offer of judgment, it is hereby

ORDERED AND ADJUDGED that Plaintiff Terrence Jones recover from Defendant Portables Unlimited Retail, LLC the principal amount of $6,485.59 plus costs and reasonable attorney's fees in amounts to be determined by the Court upon motion of the Plaintiff.

Date:  August ___, 2020

                                                                     Hon. Cathy Seibel